ELIZA COLT, Respondent, *v.* THE SIXTH AVENUE RAILROAD COMPANY, Appellant.

It is not enough to justify a nonsuit that a court upon a case made, might in the exercise of its discretion grant a new trial.   It is only where there is no evidence in law, which, if believed, will sustain a verdict, that the court is called upon to nonsuit; and the evidence may be sufficient in law to sustain a verdict, although so greatly against the apparent weight of evidence as to justify the granting of a new trial.

(Argued May 1, 1872; decided May 21, 1872.)

ACTION to recover damages for injuries sustained by plaintiff while alighting from defendant's car.   The car started upon the usual signal from the conductor, while the plaintiff was in the act of alighting, and before she was entirely free, her feet having reached the ground, but her dress being caught, she was in consequence violently thrown down and received the injury complained of.

A motion was made for a nonsuit, which was denied.   Various questions as to the reception and rejection of evidence were also decided.

*James M. Smith* for the appellant.

*G. M. Speir* for the respondent.

ALLEN, J., reads opinion for affirmance.

All concur, except RAPALLO, J., not voting.

Judgment affirmed, with costs.